# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1657 | **DATE** | 6/14/12 |
| **CASE TITLE** | Stevens et al. Vs. Hollywood Towers Condo Association et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Settlement conference set for 7/31/12 at 1:30 p.m. Plaintiffs shall serve the settlement letter on defendants pursuant to paragraph one of this Court's standing order for settlement conference by 7/11/12. The defendants shall serve the responsive letter to the plaintiff's settlement letter by 7/25/12. Plaintiffs' counsel shall fax or deliver copies of the letters to this Court's courtroom deputy by 7/26/12.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|