# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Mary Jo Stevens, et al.

                                            Plaintiff,

v.                                                          Case No.:
                                                            1:11−cv−01657
                                                            Honorable Harry D.
                                                            Leinenweber

Hollywood Towers Condo Association, et al.

                                            Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 31, 2012:

     MINUTE entry before Honorable Geraldine Soat Brown: Settlement conference held. A binding settlement agreement has been reached. Parties have consented to the jurisdiction of the magistrate judge. Status hearing set for 9/18/12 at 9:45 a.m. If a stipulation to dismiss has been submitted in advance of that date, no one needs to appear on 9/18/12. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.